**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**
---------------------------------------------------------------- X

| | |
|---|---|
| In re: | Chapter 11 |
| Seacrest Equities LLC, | Case No. 1-16-43956-cec |
| Debtor. | Chief Judge: Hon. Carla E. Craig |

---------------------------------------------------------------- X

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of Buckley Madole, P.C. hereby appears in this matter on behalf of JPMorgan Chase Bank, National Association with respect to its interest in the real property described as 21 Seacrest Drive, Lloyd Harbor, New York 11743. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

BUCKLEY MADOLE, P.C.
Attorneys for JPMorgan Chase Bank, National Association,

By:   /s/  *Melissa N. Licker*
     Melissa Licker
     420 Lexington Avenue, Suite 840
     New York, NY 10170
     Tel/Fax: 347-286-7409
     BK_ECF_Notices@BuckleyMadole.com

Dated: