UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                          Chapter 11

         Seacrest Equities, LLC                                    Case no.  16-43956

                              Debtor.
---------------------------------------------------------x

## NOTICE OF HEARING ON APPLICATION FOR FINAL COMPENSATION

         PLEASE TAKE NOTICE, that a hearing will be held before the Honorable Carla
E. Craig at the United States Bankruptcy Court, United States Bankruptcy Court, United States
Bankruptcy Court, Conrad B Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY
11201, on November 15, 2017 at 2:00 p.m., or as soon thereafter as counsel can be heard, to
consider the request for (a) final compensation of Backenroth Frankel & Krinsky, LLP, counsel to
the Debtor, for $46,612 in fees, plus disbursements of $-0- for a total of $46,612, and that the
Debtor pay that amount, less the $14,390 pre-petition retainer, leaving a net amount to be paid of
$32,222.

         PLEASE TAKE FURTHER NOTICE, that objections shall be filed with the Clerk
of the Bankruptcy Court, , United States Bankruptcy Court, United States Bankruptcy Court,
Conrad B Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201, and served
upon the undersigned and the United States Trustee, U.S. Federal Office Building, 201 Varick
Street, Suite 1006, New York, NY 10014; so as to be received at least seven days prior to the
hearing date.

         PLEASE TAKE FURTHER NOTICE, that the fee application is available upon
request of the undersigned, and may also be obtained on the Bankruptcy Court's internet site:
www.nyeb.uscourts.gov.

Dated: New York, New York
         October 4, 2017

                                             BACKENROTH FRANKEL & KRINSKY, LLP
                                             Attorneys for the Debtor

                                             By: s/Mark A. Frankel
                                                   800 Third Avenue
                                                   New York, New York 10022
                                                   (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                      Chapter 11

       Seacrest Equities, LLC                      Case no.  16-43956

                  Debtor.
----------------------------------------------------------x

## SUMMARY SHEET:  BACKENROTH FRANKEL & KRINSKY, LLP

| Interim Fees Sought | Interim Fees Awarded | Interim Expenses Sought | Interim Expenses Awarded | Fees Sought in this Application | Expenses Sought in this Application |
|---|---|---|---|---|---|
| -0- | -0- | -0- | -0- | $46,612 | $-0- |

| Name of Professional | Year of Bar Admission | Hours Billed | Hourly Rate | Blended Hourly Rate |
|---|---|---|---|---|
| Mark A. Frankel | 1984 | 92.3 | $505 | $505 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                              Chapter 11

    Seacrest Equities, LLC                         Case no.  16-43956

                        Debtor.
-------------------------------------------------------x

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF BACKENROTH FRANKEL &
KRINSKY, LLP, PURSUANT TO SECTION 330 OF THE BANKRUPTCY
CODE**

       Backenroth Frankel & Krinsky, LLP ("BFK" or "Applicant"), attorneys for

Seacrest Equities, LLC (the "Debtor"), as and for its final application for allowance of

compensation and reimbursement of expenses for the period of September 1, 2016 through August

22, 2017, under §330 of the Bankruptcy code, respectfully represents as follows:

## APPLICATION

       1.      On September 1, 2016, the Debtor filed a Chapter 11 petition under Title 11

of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

       2.      As of the filing date, the Debtor owns the real property at 12 Seacrest Drive

Huntington, New York (the "Property").

       3.      The Property was encumbered by $4,333,429 of liens and judgments. Based

upon a pre-petition appraisal, the property value was $1,500,000.

       4.      The Property was in foreclosure at that time, but the judgment of

foreclosure was stayed due to alleged defects in the in the foreclosure process. Resolution of the

foreclosure disputes had dragged on for almost a year with no end in sight.  In the meantime,

interest was accruing, property taxes were accruing, carrying costs needed to be covered, and the Property condition was deteriorating.

5.     Under New York law, the Property could not be sold in foreclosure until these issues are resolved.

6.     Under the Bankruptcy Code, however, the Property could be sold first and distribution of the proceeds determined next.

7.     The Debtor filed this case together with a Plan shortly thereafter, and scheduled a sale under the Plan.

8.     The Debtor retained MYC & Associates, Inc. as real estate broker.

9.     The Plan provided for a carve-out for administration, priority and unsecured claims, and for the disputed sale proceeds to be placed in escrow, with the rights of the competing mortgagees to the proceeds to be determined by the Suffolk County Supreme Court, which has jurisdiction over the Chase foreclosure action.

10.     On November 14, 2016, the Bankruptcy Court entered an order approving the Debtor's Disclosure Statement.  Sale of the property under the plan

11.     As of June 7, 2017, the Debtor received a $1,700,000 offer from Michael Poon to purchase the Property under the Plan. Dr. Poon then lowered his offer to $1,600,000, but ultimately, he increased the offer back to $1,700,000 on the eve of the sale and confirmation hearing, to convince the mortgagees not to credit bid.

12.     In the meantime, the mortgagees – Grasmere and Chase – formalized the terms for the post-confirmation determination of their claims, which terms were incorporated in the confirmation order.

13.     General Unsecured Claims totaled $1,191,529 including under-secured lien claims.  But the insider unsecured creditors waived their claims, totaling about $750,000.  The mortgagees subsequently agreed to increase the distribution fund to $72,385, which equates to an approximate 20% distribution to general unsecured creditors.

14.     Since the sale proceeds are insufficient to pay all creditors in full, the Debtor's members were entitled to no distribution.

15.     In addition, the Plan provides for payment of administration fees.  The undersigned agreed to a limited $30,000 carve-out.

16.     Besides drafting the pleadings, attending court hearings, and negotiating with the landlord and the Debtor's insiders to accomplish the results set forth above, BFK assisted the Debtor in fulfilling its obligations under the Bankruptcy Code including the retention of counsel, opening new bank accounts, obtaining a bar date, filing operating reports, attending status conferences, making and responding to motions, coordinating adjournments of hearings, preparing for and attending meetings with the United States Trustee, and responding to general creditor inquiries.

17.     For BFK to fulfill its responsibilities to the Debtor and its creditors, it was necessary for BFK to expend $46,612 in time charges and $-0- in disbursements, for a total of $46,612 calculated as follows:

3

| Name of Professional | Year of Bar Admission | Hours Billed | Hourly Rate | Total |
|---|---|---|---|---|
| Mark A. Frankel | 1984 | 92.3 | $505 | $46,612 |
| Disbursements | | | | $-0- |
| Grand Total | | | | $46,612 |

      18.    A schedule of time charges and disbursements is annexed as Schedule A.

      19.    A breakdown of the time charges follows for the period follows:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.4 | 6,767 |
| Claims Administration and Objections | 3.9 | 1,970 |
| Meeting of Creditors | 4.6 | 2,323 |
| Plan and Disclosure Statement | 53.7 | 28,129 |
| Asset Disposition | 10.1 | 5,101 |
| Fee & Employment Applications | 4.9 | 2,475 |
| Business Operations | 1.7 | 858 |

## CONCLUSION

WHEREFORE, Applicant respectfully request that the fees and disbursements be awarded in the total amount of $46,612, and that the Debtor be authorized to pay that amount to the Applicant, less the $14,390 post-petition retainer amounts paid, leaving a net amount to be paid of $32,222, and that the Court grant such other, further and different relief as is just and proper.

Dated: New York, New York
October 4, 2017

BACKENROTH FRANKEL & KRINSKY, LLP
Attorneys for the Debtor

By:    /s/ Mark Frankel
800 Third Avenue, 11th Floor
New York, New York 10022
(212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                              Chapter 11

      Seacrest Equities, LLC                          Case no.  16-43956

                     Debtor.
---------------------------------------------------------x

## <u>CERTIFICATE OF PROFESSIONAL</u>

      In accordance with the **Guidelines for Fees and Disbursements for**

**Professionals In the** EASTERN **District of New York Bankruptcy Cases** (the "Guidelines"),

Mark Frankel, a member of the firm of Backenroth, Frankel & Krinsky, LLP, 800 Third Avenue,

New York, New York  10022 (the "Applicant"), hereby certifies as follows:

          1.      I have read the foregoing Application for Final Allowance of

Compensation and Reimbursement of Expenses by Counsel for the Debtor (the "Application").

          2.      To the best of my knowledge, information and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the Amended Guidelines and

the UST Guidelines for fee applications, except as specifically noted in this certification and

described in the fee application.

          3.      Except to the extent that fees or disbursements are prohibited by these

Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at

rates and in accordance with practices customarily employed by the applicant and generally

accepted by the applicant's clients.

4.      In providing a reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.      The debtor has been provided with periodic statements of fees and disbursements accrued.

6.      A list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices is incorporated into the attached fee application. BFK professionals and paraprofessionals providing services record their time contemporaneously on a daily basis in increments of one tenth of an hour with a description of the services formed.

7.      The debtor has been provided with a copy of the relevant fee application at least 14 days before the date set by the court or any applicable rules for filing fee applications.

Dated: New York, New York
         October 4, 2017


                                   s/ Mark Frankel

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                    Chapter 11

      Seacrest Equities, LLC                          Case no.  16-43956

                     Debtor.
-----------------------------------------------------------x

## ORDER GRANTING APPLICATION FOR ALLOWANCE
## OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

          Upon the application (the "Application") of Backenroth Frankel & Krinsky, LLP

("BFK"), attorneys for the Debtor, for allowance of final compensation and reimbursement of

expenses for professional services rendered and expenses incurred during this Chapter 11 case,

and upon the hearing held before this Court on November 15, 2017, and after due deliberation,

and consideration sufficient cause appearing therefore, it is

          ORDERED that the Application be, and it hereby is, granted to the extent set forth

in the Schedule annexed hereto, and that the Debtor pay that amount, less the $14,390 pre-

petition retainer, leaving a net amount to be paid of $32,222.

Case No.:  16-43956

Case Name:  Seacrest Equities, LLC                                     **Schedule A**

## **FINAL APPLICATION TOTALS**
September 1, 2016 through August 22, 2017

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | October 3, 2017 Docket No. ____ First & Final Application | N/A | N/A | $46,612 | $46,612 | N/A | $-0- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case No.:  16-43956

Case Name:  Seacrest Equities, LLC

**Schedule B**

### FINAL APPLICATION TOTALS
September 1, 2016 through August 22, 2017

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| Backenroth Frankel &<br>Krinsky, LLP | $46,612 | $46,612 | $-0- | $-0- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Revised September 2011           DATE ON WHICH ORDER WAS SIGNED:                INITIALS: _____ USBJ

| | | | | |
|---|---|---|---|---|
| MAF | 9/1/2016 | Completed and filed petition | 1.0 | $505.00 |
| MAF | 9/1/2016 | Completed and filed retention app | 0.5 | $252.50 |
| MAF | 9/1/2016 | Completed and filed disclosure statement | 0.8 | $404.00 |
| MAF | 9/1/2016 | Completed and filed local rule statement | 0.9 | $454.50 |
| MAF | 9/1/2016 | Completed and filed bar date app | 0.3 | $151.50 |
| MAF | 9/9/2016 | Drafted filed and served disclosure statement NOH | 0.4 | $202.00 |
| MAF | 9/9/2016 | Drafted filed and served served status conf adj (.4); email client re Ch. 11 obligations (1.0) | 1.4 | $707.00 |
| MAF | 9/19/2016 | Email client re IDI | 0.1 | $50.50 |
| MAF | 9/29/2016 | To UST on IDI | 2.0 | $1,010.00 |
| MAF | 10/7/2016 | Prep for and to 341 meeting | 2.5 | $1,262.50 |
| MAF | 10/15/2016 | Teleconference UST re retention affidavit | 0.3 | $151.50 |
| MAF | 10/18/2016 | Prep for 10/19 hearing on disclosure statement | 0.5 | $252.50 |
| MAF | 10/19/2016 | To status conf | 2.5 | $1,262.50 |
| MAF | 10/21/2016 | Revised and uploaded bar date order | 0.5 | $252.50 |
| MAF | 10/31/2016 | Revised disclosure statement plan | 2.9 | $1,464.50 |
| MAF | 10/31/2016 | Drafted Suppl retention affidavit | 0.5 | $1,868.50 |
| MAF | 10/31/2016 | Draft POC and Notice and sent to R. Jump (to serve) | 0.3 | $1,868.50 |
| MAF | 11/3/2016 | Completed broker retention app and sent to broker | 0.5 | $252.50 |
| MAF | 11/4/2016 | Teleconference client re disclosure statement (.1); revised and filed same with plan and disclosure order | 2.9 | $1,464.50 |
| MAF | 11/10/2016 | Teleconference client re sale of property (.1) | 0.2 | $101.00 |
| MAF | 11/10/2016 | Teleconference client re disclosure statement (.1) | 0.2 | $101.00 |
| MAF | 11/18/2016 | Teleconference client re sale | 0.2 | $101.00 |
| MAF | 11/21/2016 | Revised disclosure statement order (.5); drafted ballots and arranged for service (.7) | 1.2 | $606.00 |
| MAF | 11/30/2016 | Teleconference client re sale of property (.3); emails broker re same (.3); drafted op report (.5) | 1.1 | $555.50 |
| MAF | 12/1/2016 | Email client re retention and op report | 0.1 | $50.50 |
| MAF | 12/7/2016 | Teleconference client re plan conf and Chase | 0.5 | $252.50 |

| | | | | |
|---|---|---|---|---|
| MAF | 12/12/2016 | Teleconference client re sale, op report and retention | 0.2 | $101.00 |
| MAF | 12/13/2016 | Completed and filed Sept., Oct. and Nov. op reports | 1.5 | $757.50 |
| MAF | 12/15/2016 | Email client re retention | 0.1 | $50.50 |
| MAF | 12/19/2016 | Served disclosure statement and ballot | 0.5 | $252.50 |
| MAF | 12/19/2016 | Reviewed filed and served BFK retention pleadings | 0.7 | $353.50 |
| MAF | 12/22/2016 | Reviewed sale contract and email client re same | 0.1 | $50.50 |
| MAF | 12/27/2016 | Teleconference De Luca re plan conf | 0.2 | $101.00 |
| MAF | 12/28/2016 | Teleconference Melissa Licker re plan conf (.1); t/c Gaffney re same (.3); t/c client re same (.1); reviewed ballots and claim obj (.7) | 1.2 | $606.00 |
| MAF | 12/29/2016 | Teleconference client re conf | 0.1 | $50.50 |
| MAF | 12/30/2016 | Teleconferences and email client re Conf. Order and settlement | 0.5 | $252.50 |
| MAF | 1/3/2017 | Teleconference client re confirmation issues | 0.4 | $202.00 |
| MAF | 1/6/2017 | Teleconference client re confirmation objection and CS&G claim | 0.3 | $151.50 |
| MAF | 1/9/2017 | Teleconference court re adj (.1); t/c client re same and re settlement (.2); drafted notice re same (.2); t/c UST re same (.1) | 0.6 | $303.00 |
| MAF | 1/10/2017 | Teleconference Gaffney re plan (.4); t/c client re same (.2) | 0.6 | $303.00 |
| MAF | 1/10/2017 | Emails broker re sale (.1) | 0.1 | $50.50 |
| MAF | 1/20/2017 | Drafted and filed supplemental retention affidavit | 0.5 | $252.50 |
| MAF | 1/23/2017 | Email UST re retention | 0.1 | $50.50 |
| MAF | 1/24/2017 | Email client re op report | 0.1 | $50.50 |
| MAF | 1/31/2017 | Teleconference Gaffney re settlement (.1); t/c client re same (.2) | 0.3 | $151.50 |
| MAF | 2/3/2017 | Email client re op report | 0.1 | $50.50 |
| MAF | 2/7/2017 | Teleconference court re adj (.1); email parties re same (.1); t/c client re status (.3) | 0.5 | $252.50 |
| MAF | 2/7/2017 | T/c broker re sale (.3) | 0.3 | $404.00 |
| MAF | 2/8/2017 | Prep for and to court on status conf | 3.5 | $1,767.50 |
| MAF | 2/24/2017 | Teleconference client re Adv. proc on Chase claim | 0.4 | $202.00 |
| MAF | 3/3/2017 | Teleconference client re claims obj. | 0.2 | $101.00 |

| | | | | |
|---|---|---|---|---|
| MAF | 3/9/2017 | Teleconference client re settlement with Gaffney | 0.2 | $101.00 |
| MAF | 3/13/2017 | Teleconference Fong re sale (.1); email client re same (.1) | 0.2 | $101.00 |
| MAF | 3/15/2017 | Drafting conf affidavit and cert. of ballots (2.0); t/c Licker re same (.4); email Licker re same (.2) | 2.6 | $1,313.00 |
| MAF | 3/16/2017 | Teleconference Chase re settlement (.8); emails client re same (.1) | 0.9 | $454.50 |
| MAF | 3/17/2017 | Teleconference Gaffney re settlement (.4); t/c's client and Licker re Chase settlement (1.0); t/c court re same (.1); email UST re same (.1); email purchaser re status (.2) | 1.8 | $909.00 |
| MAF | 3/20/2017 | Teleconference Yaverbaum re sale and settlement | 0.3 | $151.50 |
| MAF | 3/20/2017 | Drafted filed and served adj notice (.5) | 0.5 | $252.50 |
| MAF | 3/21/2017 | Teleconference CSG re adj | 0.2 | $101.00 |
| MAF | 3/27/2017 | Teleconference client re sale and settlement with Chase | 0.3 | $151.50 |
| MAF | 3/29/2017 | Email broker re marketing plan | 0.1 | $50.50 |
| MAF | 4/5/2017 | Teleconference client re Chase appraisal and Gaffney | 0.4 | $202.00 |
| MAF | 4/6/2017 | Email to Chase re inspection | 0.1 | $50.50 |
| MAF | 4/14/2017 | Email Licker re sale | 0.1 | $50.50 |
| MAF | 4/19/2017 | To court on conf hearing | 3.5 | $1,767.50 |
| MAF | 4/26/2017 | Teleconference Chase re inspection (.1); emails client re same (.2) | 0.3 | $151.50 |
| MAF | 5/10/2017 | Review title report re drafting conf and affidavit | 2.0 | $1,010.00 |
| MAF | 5/17/2017 | Drafting conf afft and prep for conf hearing | 1.0 | $505.00 |
| MAF | 5/22/2017 | Revised MYC retention app and sent to UST | 0.2 | $101.00 |
| MAF | 5/22/2017 | Revised bidding procedures | 2.8 | $1,414.00 |
| MAF | 5/25/2017 | Teleconference client re settlement | 0.2 | $101.00 |
| MAF | 5/28/2017 | Reviewed documents re Ch.11 plan strategy (1.0); t/c client re same (.5) | 1.5 | $757.50 |
| MAF | 5/30/2017 | Email UST re broker retention | 0.1 | $50.50 |
| MAF | 6/2/2017 | Teleconference client re sale (.2); t/c Broker re marketing (.2) | 0.4 | $202.00 |
| MAF | 6/2/2017 | Filed and served retention application (.5) | 0.5 | $252.50 |
| MAF | 6/7/2017 | Revised conf affidavit (2.0); drafted conf order (1.5); t/c client re same (.3) | 3.8 | $1,919.00 |

| | | | | |
|---|---|---|---|---|
| MAF | 6/7/2017 | T/c MYC re retention (.2) | 0.2 | $1,868.50 |
| MAF | 6/8/2017 | Teleconference Yaverbaum re MYC retention (.1); email client re same (.1) | 0.2 | $101.00 |
| MAF | 6/8/2017 | Revised conf afft (2.5); t/c client re settlement (.3); t/c Licker re same (.2) | 3.0 | $1,515.00 |
| MAF | 6/9/2017 | Teleconference court re adjournment (.1); conf call Chase re same (1.0); email parties and broker re agreement (.2) | 0.3 | $151.50 |
| MAF | 6/12/2017 | Teleconference Schenker re status (.3); t/c client re adj and Settlement (.4); email Chase and UST re same (.1); drafted filed and served adj notice (.6) | 1.4 | $707.00 |
| MAF | 6/13/2017 | Emails Chase re sale (.2); t/c MYC re same (.2) | 0.4 | $202.00 |
| MAF | 6/16/2017 | Email Fong re sale | 0.1 | $50.50 |
| MAF | 6/23/2017 | Teleconference client re credit bid procedures | 0.2 | $101.00 |
| MAF | 6/29/2017 | Email Fong re sale | 0.1 | $50.50 |
| MAF | 7/5/2017 | Reviewed and revised conf order insert (1.4); email client re same (.4); t/c client re same (.2) | 2.0 | $1,010.00 |
| MAF | 7/6/2017 | Teleconference client re lis pendens (.2); email Chase re same and re settlement (.5); revised conf order re same (.2) | 0.9 | $454.50 |
| MAF | 7/10/2017 | Revised confirmation affidavit agreement with Chase and re no agreement with Chase (5.0); emails Chase re same (.3); t/c client re same (.2); filed Yaverbaum affidavit (.2) | 5.7 | $2,878.50 |
| MAF | 7/11/2017 | Revised confirmation docs (1.5); t/c's client re same (.3); c/c Chase re same (.2); t/c Poon re same (.2); t/c Yaverbaum re same (.1) | 2.3 | $1,161.50 |
| MAF | 7/12/2017 | Prep re conf hearing (3.0); to court re same (2.5) | 5.5 | $2,777.50 |
| MAF | 7/13/2017 | Revised confirmation order and re circulated same | 0.8 | $404.00 |
| MAF | 7/14/2017 | Teleconferences and emails title co. re closing (.5); t/c client re same (.9) | 1.4 | $707.00 |
| MAF | 7/27/2017 | Teleconference Deluca re conf order | 0.2 | $101.00 |
| MAF | 7/31/2017 | Emails Fong and Title Co. re conf order | 0.5 | $252.50 |
| MAF | 8/7/2017 | Teleconference lender re conf order | 0.1 | $50.50 |
| MAF | 8/10/2017 | Teleconference Title co re conf order | 0.1 | $50.50 |
| MAF | 8/11/2017 | Teleconference Title co and revised conf order | 1.9 | $959.50 |
| MAF | 8/15/2017 | Teleconference client re conf order | 0.2 | $101.00 |
| MAF | 8/16/2017 | Teleconference client re conf order (.2); email title company re same (.3) | 0.5 | $252.50 |
| MAF | 8/17/2017 | Completed and filed conf order | 1.0 | $505.00 |

| | | | | |
|---|---|---|---|---|
| MAF | 8/22/2017 | Email parties re plan conf | 0.2 | $101.00 |
| MAF | 8/28/2017 | Emails buyer and title company re bankruptcy court order and closing | 0.2 | $101.00 |
| MAF | 9/6/2017 | Emails client re closing (.4); t/c client re same (.1) | 0.5 | $252.50 |
| MAF | 9/15/2017 | Teleconference De Luca re status of closing | 0.1 | $50.50 |
| MAF | 9/25/2017 | Teleconference client re closing (.2); drafted statement re escrow (.2); | 0.4 | $202.00 |
| | | | | **$46,612.00** |
| | | | **92.3** | 46,612 |

**341 Meeting**

| MAF | 9/19/2016 | Email client re IDI | 0.1 | $50.50 |
| MAF | 9/29/2016 | To UST on IDI | 2.0 | $1,010.00 |
| MAF | 10/7/2016 | Prep for and to 341 meeting | 2.5 | $1,262.50 |
| | | | **4.6** | **$2,323.00** |

**Asset Disposition**

| MAF | 11/10/2016 | Teleconference client re sale of property (.1) | 0.2 | $101.00 |
| MAF | 11/18/2016 | Teleconference client re sale | 0.2 | $101.00 |
| MAF | 11/30/2016 | Teleconference client re sale of property (.3); emails broker re same (.3); drafted op report (.5) | 1.1 | $555.50 |
| MAF | 12/22/2016 | Reviewed sale contract and email client re same | 0.1 | $50.50 |
| MAF | 1/10/2017 | Emails broker re sale (.1) | 0.1 | $50.50 |
| MAF | 2/7/2017 | T/c broker re sale (.3) | 0.3 | $151.50 |
| MAF | 3/13/2017 | Teleconference Fong re sale (.1); email client re same (.1) | 0.2 | $101.00 |
| MAF | 3/20/2017 | Teleconference Yaverbaum re sale and settlement | 0.3 | $151.50 |
| MAF | 3/29/2017 | Email broker re marketing plan | 0.1 | $50.50 |
| MAF | 4/6/2017 | Email to Chase re inspection | 0.1 | $50.50 |
| MAF | 4/14/2017 | Email Licker re sale | 0.1 | $50.50 |
| MAF | 4/26/2017 | Teleconference Chase re inspection (.1); emails client re same (.2) | 0.3 | $151.50 |
| MAF | 5/10/2017 | Review title report re drafting conf and affidavit | 2.0 | $1,010.00 |
| MAF | 5/22/2017 | Revised bidding procedures | 2.8 | $1,414.00 |
| MAF | 6/2/2017 | Teleconference client re sale (.2); t/c Broker re marketing (.2) | 0.4 | $202.00 |
| MAF | 6/13/2017 | Emails Chase re sale (.2); t/c MYC re same (.2) | 0.4 | $202.00 |
| MAF | 6/16/2017 | Email Fong re sale | 0.1 | $50.50 |
| MAF | 6/23/2017 | Teleconference client re credit bid procedures | 0.2 | $101.00 |
| MAF | 6/29/2017 | Email Fong re sale | 0.1 | $50.50 |
| MAF | 9/6/2017 | Emails client re closing (.4); t/c client re same (.1) | 0.5 | $252.50 |

| | | | | |
|---|---|---|---|---|
| MAF | 9/15/2017 | Teleconference De Luca re status of closing | 0.1 | $50.50 |
| MAF | 9/25/2017 | Teleconference client re closing (.2); drafted statement re escrow (.2); | 0.4 | $202.00 |
| | | | **10.1** | **$5,100.50** |

### Case Administration

| | | | | |
|---|---|---|---|---|
| MAF | 9/1/2016 | Completed and filed local rule statement | 0.9 | $454.50 |
| MAF | 9/9/2016 | Drafted filed and served served status conf adj (.4); email client re Ch. 11 obligations (1.0) | 1.4 | $707.00 |
| MAF | 10/19/2016 | To status conf | 2.5 | $1,262.50 |
| MAF | 12/1/2016 | Email client re retention and op report | 0.1 | $50.50 |
| MAF | 12/12/2016 | Teleconference client re sale, op report and retention | 0.2 | $101.00 |
| MAF | 12/13/2016 | Completed and filed Sept., Oct. and Nov. op reports | 1.5 | $757.50 |
| MAF | 1/9/2017 | Teleconference court re adj (.1); t/c client re same and re settlement (.2); drafted notice re same (.2); t/c UST re same (.1) | 0.6 | $303.00 |
| MAF | 2/7/2017 | Teleconference court re adj (.1); email parties re same (.1); t/c client re status (.3) | 0.5 | $252.50 |
| MAF | 2/8/2017 | Prep for and to court on status conf | 3.5 | $1,767.50 |
| MAF | 3/20/2017 | Drafted filed and served adj notice (.5) | 0.5 | $252.50 |
| MAF | 6/9/2017 | Teleconference court re adjournment (.1); conf call Chase re same (1.0); email parties and broker re agreement (.2) | 0.3 | $151.50 |
| MAF | 6/12/2017 | Teleconference Schenker re status (.3); t/c client re adj and Settlement (.4); email Chase and UST re same (.1); drafted filed and served adj notice (.6) | 1.4 | $707.00 |
| | | | **13.4** | **$6,767.00** |

### Claims

| | | | | |
|---|---|---|---|---|
| MAF | 9/1/2016 | Completed and filed bar date app | 0.3 | $151.50 |
| MAF | 10/21/2016 | Revised and uploaded bar date order | 0.5 | $252.50 |
| MAF | 10/31/2016 | Draft POC and Notice and sent to R. Jump (to serve) | 0.3 | $151.50 |
| MAF | 2/24/2017 | Teleconference client re Adv. proc on Chase claim | 0.4 | $202.00 |
| MAF | 3/3/2017 | Teleconference client re claims obj. | 0.2 | $101.00 |
| MAF | 3/9/2017 | Teleconference client re settlement with Gaffney | 0.2 | $101.00 |
| MAF | 3/17/2017 | Teleconference Gaffney re settlement (.4); t/c's client and Licker re Chase settlement (1.0); t/c court re same (.1); email UST re same (.1); email purchaser re status (.2) | 1.8 | $909.00 |
| MAF | 3/21/2017 | Teleconference CSG re adj | 0.2 | $101.00 |

|  |  |  | 3.9 | $1,969.50 |
|---|---|---|---|---|

**Fee Application**

| MAF | 9/1/2016 | Completed and filed retention app | 0.5 | $252.50 |
|---|---|---|---|---|
| MAF | 10/15/2016 | Teleconference UST re retention affidavit | 0.3 | $151.50 |
| MAF | 10/31/2016 | Drafted Suppl retention affidavit | 0.5 | $252.50 |
| MAF | 11/3/2016 | Completed broker retention and sent to broker | 0.5 | $252.50 |
| MAF | 11/3/2016 | Completed broker retention app and sent to broker | 0.5 | $252.50 |
| MAF | 12/15/2016 | Email client re retention | 0.1 | $50.50 |
| MAF | 12/19/2016 | Reviewed filed and served BFK retention pleadings | 0.7 | $353.50 |
| MAF | 1/20/2017 | Drafted and filed supplemental retention affidavit | 0.5 | $252.50 |
| MAF | 1/23/2017 | Email UST re retention | 0.1 | $50.50 |
| MAF | 5/22/2017 | Revised MYC retention app and sent to UST | 0.2 | $101.00 |
| MAF | 5/30/2017 | Email UST re broker retention | 0.1 | $50.50 |

| | | | | |
|---|---|---|---|---|
| MAF | 6/2/2017 | Filed and served retention application (.5) | 0.5 | $252.50 |
| MAF | 6/7/2017 | T/c MYC re retention (.2) | 0.2 | $101.00 |
| **MAF** | 6/8/2017 | Teleconference Yaverbaum re MYC retention (.1); email client re same (.1) | 0.2 | $101.00 |
| | | | **4.9** | **$2,474.50** |

**Business Operations**

| | | | | |
|---|---|---|---|---|
| MAF | 9/1/2016 | Completed and filed petition | 1.0 | $505.00 |
| MAF | 12/7/2016 | Teleconference client re plan conf and Chase | 0.5 | $252.50 |
| MAF | 1/24/2017 | Email client re op report | 0.1 | $50.50 |
| MAF | 2/3/2017 | Email client re op report | 0.1 | $50.50 |
| | | | **1.7** | **$858.50** |

**Plan**

| | | | | |
|---|---|---|---|---|
| MAF | 9/1/2016 | Completed and filed disclosure statement | 0.8 | $404.00 |
| MAF | 9/9/2016 | Drafted filed and served disclosure statement NOH | 0.4 | $202.00 |
| MAF | 10/18/2016 | Prep for 10/19 hearing on disclosure statement | 0.5 | $252.50 |
| MAF | 10/31/2016 | Revised disclosure statement plan | 2.9 | $1,464.50 |
| MAF | 11/4/2016 | Teleconference client re disclosure statement (.1); revised and filed same with plan and disclosure order | 2.9 | $1,464.50 |
| MAF | 11/10/2016 | Teleconference client re disclosure statement (.1) | 0.2 | $101.00 |
| MAF | 11/21/2016 | Revised disclosure statement order (.5); drafted ballots and arranged for service (.7) | 1.2 | $606.00 |
| MAF | 12/19/2016 | Served disclosure statement and ballot | 0.5 | $252.50 |
| MAF | 12/27/2016 | Teleconference De Luca re plan conf | 0.2 | $101.00 |
| MAF | 12/28/2016 | Teleconference Melissa Licker re plan conf (.1); t/c Gaffney re same (.3); t/c client re same (.1); reviewed ballots and claim obj (.7) | 1.2 | $606.00 |
| MAF | 12/29/2016 | Teleconference client re conf | 0.1 | $50.50 |
| MAF | 12/30/2016 | Teleconferences and email client re Conf. Order and settlement | 0.5 | $252.50 |
| MAF | 1/3/2017 | Teleconference client re confirmation issues | 0.4 | $202.00 |
| MAF | 1/6/2017 | Teleconference client re confirmation objection and CS&G claim | 0.3 | $151.50 |
| MAF | 1/10/2017 | Teleconference Gaffney re plan (.4); t/c client re same (.2) | 0.6 | $303.00 |
| MAF | 1/31/2017 | Teleconference Gaffney re settlement (.1); t/c client re same (.2) | 0.3 | $151.50 |
| MAF | 3/15/2017 | Drafting conf affidavit and cert. of ballots (2.0); t/c Licker re same (.4); email Licker re same (.2) | 2.6 | $1,313.00 |

| | | | | |
|---|---|---|---|---|
| MAF | 3/16/2017 | Teleconference Chase re settlement (.8); emails client re same (.1) | 0.9 | $454.50 |
| MAF | 3/27/2017 | Teleconference client re sale and settlement with Chase | 0.3 | $151.50 |
| MAF | 4/5/2017 | Teleconference client re Chase appraisal and Gaffney | 0.4 | $202.00 |
| MAF | 4/19/2017 | To court on conf hearing | 3.5 | $1,767.50 |
| MAF | 5/17/2017 | Drafting conf afft and prep for conf hearing | 1.0 | $505.00 |
| MAF | 5/25/2017 | Teleconference client re settlement | 0.2 | $101.00 |
| MAF | 5/28/2017 | Reviewed documents re Ch.11 plan strategy (1.0); t/c client re same (.5) | 1.5 | $757.50 |
| MAF | 6/7/2017 | Revised conf affidavit (2.0); drafted conf order (1.5); t/c client re same (.3) | 3.8 | $1,919.00 |
| MAF | 6/8/2017 | Revised conf afft (2.5); t/c client re settlement (.3); t/c Licker re same (.2) | 3.0 | $1,515.00 |
| MAF | 7/5/2017 | Reviewed and revised conf order insert (1.4); email client re same (.4); t/c client re same (.2) | 2.0 | $1,010.00 |
| MAF | 7/6/2017 | Teleconference client re lis pendens (.2); email Chase re same and re settlement (.5); revised conf order re same (.2) | 0.9 | $454.50 |
| MAF | 7/10/2017 | Revised confirmation affidavit agreement with Chase and re no agreement with Chase (5.0); emails Chase re same (.3); t/c client re same (.2); filed Yaverbaum affidavit (.2) | 5.7 | $2,878.50 |
| MAF | 7/11/2017 | Revised confirmation docs (1.5); t/c's client re same (.3); c/c Chase re same (.2); t/c Poon re same (.2); t/c Yaverbaum re same (.1) | 2.3 | $1,161.50 |
| MAF | 7/12/2017 | Prep re conf hearing (3.0); to court re same (2.5) | 5.5 | $2,777.50 |
| MAF | 7/13/2017 | Revised confirmation order and re circulated same | 0.8 | $404.00 |
| MAF | 7/14/2017 | Teleconferences and emails title co. re closing (.5); t/c client re same (.9) | 1.4 | $707.00 |
| MAF | 7/27/2017 | Teleconference Deluca re conf order | 0.2 | $101.00 |
| MAF | 7/31/2017 | Emails Fong and Title Co. re conf order | 0.5 | $252.50 |
| MAF | 8/7/2017 | Teleconference lender re conf order | 0.1 | $50.50 |
| MAF | 8/10/2017 | Teleconference Title co re conf order | 0.1 | $50.50 |
| MAF | 8/11/2017 | Teleconference Title co and revised conf order | 1.9 | $959.50 |
| MAF | 8/15/2017 | Teleconference client re conf order | 0.2 | $101.00 |
| MAF | 8/16/2017 | Teleconference client re conf order (.2); email title company re same (.3) | 0.5 | $252.50 |
| MAF | 8/17/2017 | Completed and filed conf order | 1.0 | $505.00 |

| | | | | |
|---|---|---|---|---|
| MAF | 8/22/2017 | Email parties re plan conf | 0.2 | $101.00 |
| MAF | 8/28/2017 | Emails buyer and title company re bankruptcy court order and closing | 0.2 | $101.00 |
| MAF | | | **53.7** | **$28,128.50** |
| MAF | | | | |
| MAF | | **Total Hours** | | **92.3** |
| MAF | | **Total Fee** | | **$46,612.00** |
| MAF | | | | |
| MAF | | | | |