UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                                         Chapter 11

    Seacrest Equities, LLC                                           Case no.  16-43956

                              Debtor.
----------------------------------------------------------x

## NOTICE OF HEARING ON APPLICATION FOR FINAL COMPENSATION

       PLEASE TAKE NOTICE, that a hearing will be held before the Honorable Carla E. Craig at the United States Bankruptcy Court, United States Bankruptcy Court, United States Bankruptcy Court, Conrad B Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201, on November 15, 2017 at 2:00 p.m., or as soon thereafter as counsel can be heard, to consider the request for (a) final compensation of Backenroth Frankel & Krinsky, LLP, counsel to the Debtor, for $46,612 in fees, plus disbursements of $-0- for a total of $46,612, and that the Debtor pay that amount, less the $14,390 pre-petition retainer, leaving a net amount to be paid of $32,222.

       PLEASE TAKE FURTHER NOTICE, that objections shall be filed with the Clerk of the Bankruptcy Court, , United States Bankruptcy Court, United States Bankruptcy Court, Conrad B Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201, and served upon the undersigned and the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; so as to be received at least seven days prior to the hearing date.

       PLEASE TAKE FURTHER NOTICE, that the fee application is available upon request of the undersigned, and may also be obtained on the Bankruptcy Court's internet site: www.nyeb.uscourts.gov.

Dated:  New York, New York
       October 4, 2017

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      Attorneys for the Debtor

                                      By: s/Mark A. Frankel
                                          800 Third Avenue
                                          New York, New York 10022
                                          (212) 593-1100

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEACREST EQUITIES LLC | CASE NO: 1-16-43956 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/5/2017, I did cause a copy of the following documents, described below,

Notice of Hearing of Fee Application,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 10/5/2017

/s/ Mark Frankel
Mark Frankel  8417
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100
mfrankel@bfklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:  SEACREST EQUITIES LLC | CASE NO: 1-16-43956

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 10/5/2017, a copy of the following documents, described below,

Notice of Hearing of Fee Application,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/5/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Backenroth Frankel & Krinsky, LLP
Mark Frankel
800 Thrid Avenue
New York, NY  10022-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>02071<br>CASE 1-16-43956-CEC<br>EASTERN DISTRICT OF NEW YORK<br>BROOKLYN<br>THU OCT 5 09-04-37 EDT 2017 | 2 BACKENROTH FRANKEL  KRINSKY LLP<br>800 THIRD AVENUE<br>NEW YORK NY 10022-7651 | 3 JPMORGAN CHASE BANK NATIONAL<br>ASSOCATION<br>P O BOX 9013<br>ADDISON TX 75001-9013 |

*DEBTOR*

| | | |
|---|---|---|
| 4 MYC  ASSOCIATES INC<br>1110 SOUTH AVENUE<br>SUITE 22<br>STATEN ISLAND NY 10314-3403 | 5 SEACREST EQUITIES LLC<br>269 FOREST AVENUE<br>STATEN ISLAND NY 10301 | 6 271 C CADMAN PLAZA EAST SUITE 1595<br>BROOKLYN NY 112011801 |
| 7 AMERICAN PUMP CENTER<br>21 PRICE CENTER<br>FARMINGDALE NY 11735 | 8 COSTELLO SHEA  GAFFNEY<br>44 WALL ST FL 11<br>NEW YORK NY 10005-2414 | 9 DO YOUNG KIM<br>1190 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-2736 |
| 10 GRASMERE NOTEBUYER LLC<br>114 EAST 13TH ST FRONT 1<br>NEW YORK NY 10003-5329 | 11 INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 12 INTERNAL REVENUE SERVICE<br>CO US ATTORNEY CLAIMS UNIT<br>ONE SAINT ANDREWS PLAZA RM 417<br>NEW YORK NY 10007-1701 |
| 13 JP MORGAN CHASE BANK<br>1111 POLARIS PARKWAY<br>COLUMBUS OH 43240-2050 | 14 JP MORGAN CHASE BANK<br>CO SHAPIRO DICARO  BARAK<br>175 MILE CROSSING BLVD<br>ROCHESTER NY 14624-6249 | 15 JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION<br>420 LEXINGTON AVENUE SUITE 840<br>NEW YORK NY 10170-0840 |
| 16 JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION<br>CO CHASE RECORDS CENTER<br>ATTN- CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE LA 71203-4774 | 17 JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION<br>CO KILPATRICK TOWNSEND  STOCKTON LLP<br>M RINALDI ESQ   T M REYES ESQ<br>THE GRACE BUILDING<br>1114 AVENUE OF THE AMERICAS 21ST FLOOR<br>NEW YORK NEW YORK 10036-7709 | 18 LLOYD HARBOR SECREST ESTATES HOA<br>1 SEACREST LANE<br>ATTN- JOHN DINOZZI<br>HUNTINGTON NY 11743-9765 |
| 19 NYS DEPT OF TAX  FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 20 OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NY BROOKLYN OFFICE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET SUITE 1006<br>NEW YORK NY 10014-9449 | 21 RANDALL FUNDING LLC<br>131 RADCLIFFE RD<br>STATEN ISLAND NY 10305-2613 |
| 22 STATE OF NEW YORK<br>ATTORNEY GENERALS OFFICE<br>120 BROADWAY<br>NEW YORK NY 10271-0332 | 23 UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF NEW YORK<br>147 PIERREPONT PLAZA<br>BROOKLYN NY 11201-2712 | 24 UNITED STATES OF AMERICA<br>CO US ATTORNEY<br>86 CHAMBERS STREET<br>NEW YORK NY 10007-1825 |
| 25 MARK A FRANKEL<br>BACKENROTH FRANKEL  KRINSKY LLP<br>800 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK NY 10022-7651 | 26 RACHEL WEINBERGER<br>OFFICE OF THE UNITED STATES TRUSTEE<br>BROOKLYN OFFICE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET  SUITE 1006<br>NEW YORK NY 10014-9449 | |