# Closing Disclosure

## Closing Information
**Date Issued**

| | |
|---|---|
| **Closing Date** | 10/06/2017 |
| **Disbursement Date** | 10/06/2017 |
| **Settlement Agent** | Bee Ready Fishbein Hatter & Donovan, LLP |
| **File #** | 5554-2225 |
| **Property** | 12 Seacrest Drive |
| | Lloyd Harbor, NY 11743 |
| **Sale Price** | $1,700,000 |

## Transaction Information

| | |
|---|---|
| **Borrower** | Michael Poon |
| | 184 Hallock Road 5B1 |
| | Lake Grove, NY 11755 |
| **Seller** | Seacrest Equities LLC |
| | 114 East 13th Street Front 1 |
| | New York, NY 10003 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due To Seller at Closing | $1,700,000.00 |
|---|---|
| 01 Sale Price of Property | $1,700,000.00 |
| 02 Sale Price of Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |

| Due from Seller at Closing | $3,050.00 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $3,050.00 |
| 03 Existing Loan(s) Assumed or Taken Subject To | |
| 04 Payoff of First Mortgage Loan | |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing (M) | $1,700,000.00 |
| Total Due from Seller at Closing (N) | ($3,050.00) |
| Cash ☐ From ☒ To Seller | $1,696,950.00 |

(Totals do not include Down Payment of $170,000.00)

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | |
| Address | |
| License ID | |
| Contact | |
| Contact License ID | |
| Email | |
| Phone | |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | |
| Address | |
| License ID | |
| Contact | |
| Contact License ID | |
| Email | |
| Phone | |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Bee Ready Fishbein Hatter & Donovan, LLP |
| Address | 170 Old Country Road 200 |
| | Mineola, NY 11501 |
| License ID | 2197770 |
| Contact | Richard Ready |
| Contact License ID | 2197770 |
| Email | rready@beereadylaw.com |
| Phone | 516-746-5599 |

**?** Questions? If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

**12 Seacrest Drive**

Closing Date                    October 5, 2017
Seacrest Equities to Poon

| PURCHASE CREDITS | | | SELLER'S CREDIT | | | |
|---|---|---|---|---|---|---|
| Contract Deposit | $ | 170,000.00 | Purchase Price | | $ 1,700,000.00 | |
| | | | Town Tax  10/1-11/30 | 60 | $      4,783.20 | 79.72 per diem |
| | | | Village Tax 10/1- 5/31/18 | 245 | $      3,873.45 | 15.81 |
| **TOTAL PURCHASER'S CREDIT** | **$** | **170,000.00** | **TOTAL SELLER'S CREDITS** | | **$ 1,708,656.65** | |
| | | | **LESS PURCHASER'S CREDITS** | | **$    170,000.00** | |
| | | | **NET DUE SELLER AT CLOSING** | | **$ 1,538,656.65** | |

**Seller Payments by Buyer**
Seller Title charges                              3,050.00
Seacrest Equities LLC                        1,535,606.65

total paid at closing                         1,538,656.65

**Total consideration**                        1,708,656.65

Reimbursements of atty advances POC
CO charges                             4,638.75   payable Lorenzo Deluca Esq.
Utilities and fuel                    2,000.00   payable Lorenzo Deluca Esq.
lawncare Expense               **1,900.00**   payable Lorenzo Deluca Esq.

Total                                     **8,538.75**



# NewBank

| **Head Office** | **Flushing Branch** | **Manhattan Branch** | **Fort Lee Branch** | **Hudson Lights Branch** | **Closter Branch** |
|---|---|---|---|---|---|
| 146-01 Northern Blvd. | 146-01 Northern Blvd. | 25 West 32nd Street 2nd Floor | 1475 Bergen Blvd. | 475 Park Ave. | 189 Homans Ave. |
| Flushing, NY 11354 | Flushing, NY 11354 | New York, NY 10001 | Fort Lee, NJ 07024 | Fort Lee, NJ 07024 | Closter, NJ 07624 |
| Tel: (718) 353-8100 | Tel: (718) 353-9100 | Tel: (212) 897-2265 | Tel: (201) 585-2265 | Tel: (201) 366-2265 | Tel: (201) 297-8040 |
| Fax: (718) 353-9110 | Fax: (718) 353-8482 | Fax: (646) 858-2506 | Fax: (201) 224-8002 | Fax: (201) 366-0880 | Fax: (201) 297-8041 |



FDIC

```
SEACREST EQUITIES LLC                    Date  10/31/17        Page     1
131 RADCLIFF RD                          Account Number     Ending 0004
STATEN ISLAND NY  10305                  Enclosures                    1
```

The Bank has a 24-hour hotline for reporting lost and stolen debit cards.
You may contact us toll free at (866) 546-8273 to report lost or stolen cards.
The hotline should help us in our efforts to prevent fraudulent card
transactions.

```
                    ---- SAVINGS ACCOUNTS ----

HL FUSION CD* STATEMENT               Image Statement                    1
Account Number        Ending 0004     Statement Dates 10/06/17 thru 10/31/17
Previous Balance             .00      Days in the statement period       26
    1 Deposits/Credits 1,535,606.65   Average Ledger              1,535,606
       Debits                .00      Average Collected           1,240,297
Service Charge               .00      Interest Earned             1,477.38
Interest Paid           1,477.38      Annual Percentage Yield Earned  1.36%
Ending Balance        1,537,084.03    2017 Interest Paid          1,477.38
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft Item Fees | $.00 | $.00 |
| Return Item Fees | $.00 | $.00 |

```
****************************************************************************

Deposits and Additions
Date      Description                              Amount
10/06     SAVINGS REGULAR DEPOSIT              1,535,606.65
10/31     INTEREST PAID  26 DAYS                   1,477.38
****************************************************************************

Daily Balance Information
Date        Balance          Date        Balance
10/06   1,535,606.65         10/31   1,537,084.03
```

MEMBER FDIC

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 5:00 p.m. Eastern Time
each banking day will be credited as of that date.

FORM NO. VS-1068/A7

Case 1-16-43956-ess Doc 84 Filed 01/18/18 Entered 01/18/18 14:24:51

 **NewBank**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Head Office** | **Flushing Branch** | **Manhattan Branch** | **Fort Lee Branch** | **Hudson Lights Branch** | **Closter Branch** |  **FDIC** |
| 146-01 Northern Blvd. | 146-01 Northern Blvd. | 25 West 32nd Street 2nd Floor | 1475 Bergen Blvd. | 475 Park Ave. | 189 Homans Ave. | |
| Flushing, NY 11354 | Flushing, NY 11354 | New York, NY 10001 | Fort Lee, NJ 07024 | Fort Lee, NJ 07024 | Closter, NJ 07624 | |
| Tel: (718) 353-8100 | Tel: (718) 353-9100 | Tel: (212) 897-2265 | Tel: (201) 585-2265 | Tel: (201) 366-2265 | Tel: (201) 297-8040 | |
| Fax: (718) 353-9110 | Fax: (718) 353-8482 | Fax: (646) 858-2506 | Fax: (201) 224-8002 | Fax: (201) 366-0880 | Fax: (201) 297-8041 | EQUAL HOUSING LENDER |

```
                                              Date   10/31/17        Page    2
                                              Account Number   Ending 0004
                                              Enclosures                    1
```

HL FUSION CD* STATEMENT              Ending 0004  (Continued)

```
**********************************************************************************
                        Interest Rate Summary
                   Date            Interest Rate
                   10/06              1.35%
```

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          FORM NO. VS 1090L9/

Payments received at the address indicated on this statement by 5:00 p.m. Eastern Time
each banking day will be credited as of that date

# *Matter Trust Activity*

## Backenroth Frankel Krinsky, LLP

**Date Range :** 12/06/1900 – 01/17/2018
**Client:**     20296 – Lorenzo De Luca
**Matter:**     OKVS47 – Soundview

| Date | Debit | Credit | Description | Account Number | On Hold | Check Number | Payee |
|---|---|---|---|---|---|---|---|
| 09/15/2017 | $170,000.00 | $0.00 | Deposit for 12 Seacrest Drive | 11020.00 | No | | Trust Deposit |
| 11/13/2017 | $0.00 | $50,000.00 | Seacrest Equities Chapter 11 Plan Di | 11020.00 | No | 3508 | Costello Shea & Gaffney |
| 11/13/2017 | $0.00 | $20,000.00 | Seacrest Equities Chapter 11 Plan Di | 11020.00 | No | 3509 | Do Young Kim |
| 11/13/2017 | $0.00 | $850.00 | Seacrest Equities Chapter 11 Plan Di | 11020.00 | No | 3510 | American Pump Center |
| 11/13/2017 | $0.00 | $1,700.00 | Seacrest Equities Chapter 11 Plan Di | 11020.00 | No | 3511 | Lloyd Harbor Secrest Estates HOA |
| 11/20/2017 | $1,500.00 | $0.00 | | 11020.00 | No | | Trust Deposit |
| 12/04/2017 | $0.00 | $25,960.00 | | 11020.00 | No | 57A | Backenroth Frankel Krinsky LLP |
| 01/03/2018 | $0.00 | $37,227.42 | Ch-11 1-16-43956-cec Order for Com | 11020.00 | No | 3519 | MYC & Associates, Inc. |
| 01/17/2018 | $0.00 | $2,208.04 | | 11020.00 | No | 3520 | United States Trustee |
| | $171,500.00 | $137,945.46 | | | | | |
| **Balance:** | **$33,554.54** | | | | | | |